# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KBC ASSET MANAGEMENT NV, derivatively and on behalf of CHEMED CORPORATION,<br><br>            Plaintiff,<br><br>-against-<br><br>KEVIN J. MCNAMARA, et al.,<br>            Defendant,<br><br>-and-<br><br>CHEMED CORPORATION, a Delaware corporation,<br>            Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-01854-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz, Peter J. Walsh, Jr. and Matthew D. Stachel of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of defendants Kevin J. McNamara, Joel F. Gemunder, Patrick P. Grace, Thomas C. Hutton, Walter L. Krebs, Andrea R. Lindell, Ernest J. Mrozek, Timothy S. O'Toole, Thomas P. Rice, Donald E. Saunders, Arthur V. Tucker, Jr., George J. Walsh, III, David P. Williams, and Frank E. Wood, and nominal defendant Chemed Corporation.

| | **POTTER ANDERSON & CORROON, LLP** |
|---|---|
| OF COUNSEL: |    */s/ Matthew D. Stachel* |
| | Richard L. Horwitz (Del. Bar No. 2246) |
| **CRAVATH, SWAINE & MOORE LLP** | Peter J. Walsh, Jr. (Del. Bar No. 2437) |
| Michael A. Paskin | Matthew D. Stachel (Del. Bar No. 5419) |
| Timothy G. Cameron | Hercules Plaza, Sixth Floor |
| Worldwide Plaza | 1313 N. Market Street |
| 825 Eighth Avenue | Wilmington, Delaware 19801 |
| New York, New York 10019 | Telephone: (302) 984-6000 |
| Telephone: (212) 474-1000 | Facsimile: (302) 658-1192 |
| Facsimile: (212) 474-3700 | |
| | *Counsel for Defendants and Nominal Defendant Chemed Corporation* |

Dated: January 17, 2014

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 17, 2014, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Jessica Zeldin<br>P. Bradford deLeeuw<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 North Market Street, Suite 1401<br>Wilmington, DE 19801<br>jzeldin@rmgglaw.com<br>bdeleeuw@rmgglaw.com | Joseph F. Rice<br>Gregg S. Levin<br>William S. Norton<br>Joshua C. Littlejohn<br>MOTLEY RICE, LLP<br>28 Bridgeside Boulevard<br>Mt. Pleasant, South Carolina 29464<br>jlittlejohn@motleyrice.com<br>bnorton@motleyrice.com |

By: */s/ Matthew D. Stachel*
Richard L. Horwitz (Del. Bar No. 2246)
Peter J. Walsh, Jr. (Del. Bar No. 2437)
Matthew D. Stachel (Del. Bar No. 5419)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com
mstachel@potteranderson.com

1136539/41070